UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-10517
Summary Calendar
_____


DONALD R. ALLEN,

                    Plaintiff - Appellant,

     v.

CITY OF DALLAS PARK & RECREATION DEPT; FRANK P. WISE; STEVEN
M. PARK; PAUL D. DYER,

                    Defendants - Appellees.


_____

Appeal from the United States District Court
for the Northern District of Texas
(3:92-CV-2288-D)
_____


April 23, 1999

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     Donald R. Allen (Allen) appeals from an adverse summary
judgment disposing of his various claims alleging sex and race
discrimination.  The district court dismissed Allen's claim on the
basis of its memorandum opinions dated February 3, 1994 and

---

[*]  Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under the
limited circumstances set forth in 5TH CIR. R. 47.5.4.

February 21, 1995.

Allen has failed to brief or address the district court's decision with respect to a vast number of his claims and accordingly these are waived and not before us. Allen's remaining claims are without merit. The judgment of the district court is affirmed essentially for the reasons set forth in Judge Fitzwater's memorandum opinions and orders dated February 3, 1994 and February 21, 1995.

AFFIRMED.